■ In the Matter of LUIS AVINCOLA, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Determination unanimously confirmed and petition dismissed *(see, People ex rel. Vega v Smith,* 66 NY2d 130). (Article 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JANICE RICHARDSON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Forgery, 2nd Degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN MONROE, Appellant.—Judgment unanimously affirmed. Memorandum: Evaluating the circumstances of this case in light of the five relevant factors identified by the Court of Appeals in *People v Taranovich* (37 NY2d 442), we conclude that defendant was not deprived of his constitutional right to a speedy trial. We note that the extent of the delay was neither unusual nor unreasonable, that defendant was responsible for most of the delay between his arraignment and his motion to dismiss on speedy trial grounds, and that defendant did not allege or establish any prejudice to his defense as a result of the delay in prosecution. (Appeal from Judgment of Oneida County Court, Buckley, J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KAREN M. WHITE, Also Known as TERESA HACKETT, Appellant. —Motion for writ of error coram nobis denied. Present—Callahan, J. P., Doerr, Denman, Boomer and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE PEOPLES, Appellant.—Motion for writ of error coram nobis denied. Present: Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY WILLIAMS, Appellant.—Motion for writ of error coram nobis denied. Present—Dillon, P. J., Denman, Green, Pine and Balio, JJ.